# EXHIBIT
# C

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION
-------------------------------------------------------X
GHJ HOLDINGS, LLC,                                           Civil Action No. 5:11-CV-0035
        Plaintiff,

        v.                                                 **DECLARATION OF DON**
                                                 **CONNORS IN SUPPORT OF**
PENTAIR RESIDENTIAL FILTRATION, LLC      **THE MOTION TO DISMISS**
and PURCELL MURRAY BUILDER SALES       **FOR LACK OF PERSONAL**
COMPANY, INC.,                                **JURISDICTION AND FOR**
        Defendants.                     **ALTERNATIVE RELIEF**
                                                 **OF TRANSFER**
-------------------------------------------------------X

Don Connors, pursuant to 28 U.S.C.§1746, declares as follows:

1. I am the Director for Purcell Murray Builder Sales Company, Inc. ("Purcell"). In that
capacity, I am familiar with Purcell's distribution of residential water filtration products made
by defendant Pentair Residential Filtration, LLC ("Pentair") as well as with the identity and
location of documents and witnesses on the part of Purcell. I currently work at Purcell's offices
in Brisbane, California and reside in Fremont, California. I make this Declaration in support of
the motions made by Purcell and Pentair to dismiss insofar as Purcell seeks dismissal for lack of
personal jurisdiction and for transfer of venue of this action to the Northern District of Illinois.

2. I have reviewed the Complaint and understand that Purcell and Pentair are being accused
of falsely marking certain Pentair products with U.S. Patent Nos. 4,857,189 (the " '189 Patent")
and 4,956,086 (the " '086 Patent"). The Complaint alleges that the '189 and '086 Patents are
allegedly falsely marked on certain Pentair water filtration products including the Everpure®
Water Filter Model Nos. QL2-OW200L ("Everpure water filter") and Cartridge Model Nos. H-
50, H-54, H-104, H-300, and SPA-400 ("cartridges").

3.  Purcell is a California corporation with its principal place of business in Brisbane, California.

4.  Purcell has no offices or facilities in the State of Texas.

5.  Purcell does not distribute or ship any Pentair products, including the products identified in the Complaint, into the State of Texas.

6.  Purcell distributes Pentair residential water filter products only in the states of Arizona, California and Nevada.  Purcell does not distribute the Everpure water filter in any other state.

7.  Purcell plays no role in the design, manufacture, marking or packaging of the accused products.  Therefore there is no individual at Purcell that would have any knowledge about these activities.  There also is no individual at Purcell who would have knowledge of sales of these products in Texas because Purcell does not distribute or ship the accused products to the State of Texas.  Kels Purcell who is located in Brisbane, California would have sales information about distribution of Pentair products in Arizona, California and Nevada.

8.  Purcell does not do any business in the State of Texas.

9.  The Complaint in this matter was personally served upon Don Connors at the Purcell office in Brisbane, California.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on March _15_, 2011.

Don Connors

NY\50955489.1

-2-