**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| TEXAS IP RESEARCH, | § | |
|                RELATOR, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:11-CV-015-DF |
| | § | |
| PENTAIR, INC., and PENTAIR | § | |
| WATER POOL AND SPA, INC., | § | |
|                DEFENDANTS, | § | |

### DEFENDANTS' NOTICE OF CONSTITUTIONAL CHALLENGE

Pursuant to *Federal Rule of Civil Procedure* 5.1, notice is hereby given that Defendant Pentair Residential Filtration, LLC, and Purcell Murray Builder Sales Company, Inc. ("Defendants") have challenged the *qui tam* provision in 35 U.S.C. § 292 as violating the Take Care Clause of the United States Constitution. U.S. Const. art. II, § 3.

Defendants raise their challenge in their Motion to Dismiss, filed March 18, 2011, in the above-captioned case. Pursuant to Rule 5.1(a)(2), the undersigned hereby certifies that on March 18, 2011, this NOTICE OF CONSTITUTIONAL CHALLENGE, and the MOTION AND MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS were served on the U.S. Attorney General by certified mail, return receipt requested, at the following address:

> United States Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

-2-

Dated: March 18, 2011                             Respectfully submitted,

                                                       _____*/s/ Kristie A. Wright*_____
                                                      Darby V. Doan
                                                      Texas Bar No. 00793622
                                                      Kristie A. Wright
                                                      Texas Bar No. 00794884
                                                    HALTOM & DOAN
                                                    6500 Summerhill Road, Suite 100
                                                    Texarkana, Texas 75503
                                                    (903) 255-1000 telephone
                                                    (903) 255-0800 facsimile
                                                    ddoan@haltomdoan.com
                                                    kwright@haltomdoan.com

                                                    Thomas M. Crispi (*pro hac pending*)
                                                    NY Bar No. 2584332
                                                    Judith S. Roth (*pro hac pending*)
                                                    NY Bar No. 1180454
                                                    SCHIFF HARDIN LLP
                                                    900 Third Avenue, Twenty-Third Floor
                                                    New York, NY  10022
                                                    (212) 753-5000 phone
                                                    (212) 753-5044 facsimile
                                                    tcrispi@schiffhardin.com
                                                    jroth@schiffhardin.com

                                                    ***Counsel for Defendants Pentair Residential Filtration, LLC and Purcell Murray Builder Sales Company, Inc.***

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 18$^h$ day of March, 2011, with a copy of this NOTICE OF CONSTITUTIONAL CHALLENGE via the Court's CM/ECF system per Local Rule CV-5(A)(3).

      I further certify that on the same date true and complete copies of the NOTICE OF CONSTITUTIONAL CHALLENGE and the MOTION AND MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS were also sent to the following counsel of record for Plaintiff, by means of United States mail, postage prepaid, and to the United States Attorney General, by means of certified mail.

| | |
|---|---|
| Randall T Garteiser, Esq. | United States Attorney General |
| Garteiser Law Group | U.S. Department of Justice |
| 44 N San Pedro Road | 950 Pennsylvania Avenue, NW |
| San Rafael, CA 94903 | Washington, DC 20530-0001 |
| randall@glgnow.com | |

                                            */s/ Kristie A. Wright*
                                              Kristie A. Wright