**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| TEXAS IP RESEARCH, LLC, | § | |
|     Relator, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:11-CV-015-DF |
| | § | |
| PENTAIR, INC., and PENTAIR | § | |
| WATER POOL AND SPA, INC., | § | |
|     Defendants, | § | |

## ORDER

Defendants Pentair, Inc. and Pentair Water Pool and Spa, Inc. ("Pentair") filed their Motion to Dismiss. The Court, being well-advised, finds that the motion should be and is hereby GRANTED. It is therefore

ORDERED that Relator's claims are dismissed with prejudice.

SO ORDERED

NY\ 50959204.1