UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TEXAS IP RESEARCH, LLC, | § | |
| Relator, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:11-CV-015-DF |
| | § | |
| PENTAIR, INC., and PENTAIR | § | |
| WATER POOL AND SPA, INC., | § | |
| Defendants, | § | |

## DEFENDANTS' NOTICE OF CONSTITUTIONAL CHALLENGE

Pursuant to *Federal Rule of Civil Procedure* 5.1, notice is hereby given that Defendants Pentair, Inc., and Pentair Water, Pool and Spa, Inc. ("Defendants") have challenged the *qui tam* provision in 35 U.S.C. § 292 as violating the Take Care Clause of the United States Constitution. U.S. Const. art. II, § 3.

Defendants raise their challenge in their Motion to Dismiss, filed March 23, 2011, in the above-captioned case. Pursuant to Rule 5.1(a)(2), the undersigned hereby certifies that on March 23, 2011, Defendants' NOTICE OF CONSTITUTIONAL CHALLENGE, and the Defendants' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS were served on the U.S. Attorney General by certified mail, return receipt requested, at the following address:

> United States Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC  20530-0001

-2-

| | |
|---|---|
| Dated: March 23, 2011 | Respectfully submitted,<br><br>     */s/ Kristie A. Wright*     <br>Darby V. Doan<br>Texas Bar No. 00793622<br>Kristie A. Wright<br>Texas Bar No. 00794884<br>HALTOM & DOAN<br>6500 Summerhill Road, Suite 100<br>Texarkana, Texas 75503<br>(903) 255-1000 telephone<br>(903) 255-0800 facsimile<br>ddoan@haltomdoan.com<br>kwright@haltomdoan.com<br><br>Thomas M. Crispi (*pro hac pending*)<br>NY Bar No. 2584332<br>Judith S. Roth (*pro hac pending*)<br>NY Bar No. 1180454<br>SCHIFF HARDIN LLP<br>900 Third Avenue, Twenty-Third Floor<br>New York, NY  10022<br>(212) 753-5000 phone<br>(212) 753-5044 facsimile<br>tcrispi@schiffhardin.com<br>jroth@schiffhardin.com<br>***Counsel for Defendants Pentair, Inc., and Pentair Water Pool and Spa, Inc.*** |

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 23rd day of March, 2011, with a copy of this NOTICE OF CONSTITUTIONAL CHALLENGE via the Court's CM/ECF system per Local Rule CV-5(A)(3).

      I further certify that on the same date true and complete copies of the NOTICE OF CONSTITUTIONAL CHALLENGE and the MOTION AND MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS were also sent to the United States Attorney General, by means of certified mail.

    United States Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC  20530-0001

                                                            */s/ Kristie A. Wright*
                                                            Kristie A. Wright

NY\ 50958740.1