# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| TEXAS IP RESEARCH, LLC, | § | |
|     Relator, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:11-CV-015-DF |
| | § | |
| PENTAIR, INC., and PENTAIR | § | |
| WATER POOL AND SPA, INC., | § | |
|     Defendants, | § | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants state that:

Pentair, Inc. is a publicly-held Minnesota corporation.

Pentair Water Pool and Spa, Inc. is a Delaware corporation that is 100 percent owned by Pentair Water Group, Inc., which is in turn owned by Pentair, Inc., a publicly-held Minnesota corporation.

Dated: March 23, 2011

Respectfully submitted,

    */s/ Kristie A. Wright*
Darby V. Doan
Texas Bar No. 00793622
Kristie A. Wright
Texas Bar No. 00794884
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, Texas 75503
(903) 255-1000 telephone
(903) 255-0800 facsimile
ddoan@haltomdoan.com
kwright@haltomdoan.com

>Thomas M. Crispi (*pro hac pending*)
>NY Bar No. 2584332
>Judith S. Roth (*pro hac pending*)
>NY Bar No. 1180454
>SCHIFF HARDIN LLP
>900 Third Avenue, Twenty-Third Floor
>New York, NY  10022
>(212) 753-5000 phone
>(212) 753-5044 facsimile
>tcrispi@schiffhardin.com
>jroth@schiffhardin.com
>***Counsel for Defendants Pentair, Inc., and Pentair Water Pool and Spa, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 23rd day of March, 2011, with a copy of this DEFENDANTS' CORPORATE DISCLOSURE STATEMENT via the Court's CM/ECF system per Local Rule CV-5(A)(3).

>      */s/ Kristie A. Wright*
>     Kristie A. Wright

NY\ 50958739.1

-2-