**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **TEXAS IP RESEARCH, LLC,** § | | |
| *Relator*, § | | |
| § | | |
| **v.** § | | |
| § | Civil Action No. 5:11-cv-00015 | |
| **(1) PENTAIR, INC., and** § | | |
| **(2) PENTAIR WATER POOL AND SPA,** § | JURY TRIAL DEMANDED | |
| **INC.,** § | | |
| *Defendants*. § | | |
| § | | |

## ORDER

The following issue is before the Court: Texas IP Research, LLC's Unopposed Motion to Extend Time to File Responses to Motions to Dismiss and to Transfer Venue (collectively, "Motions") of Pentair. Inc. and Pentair Water Pool and Spa, Inc. (collectively, "Pentair"). The Court, having reviewed the motion, is of the opinion that the motion should be GRANTED. Accordingly, it is

ORDERED that the current deadlines for the responses to the Motions of Pentair (and subsequent due dates for reply and sur-reply briefing) will be extended 30 days, which moves the due dates for the responses to the Motions to May 11, 2011, with subsequent briefing deadlines to be calculated therefrom.

**SIGNED this 7th day of April, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE