## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| TEXAS IP RESEARCH, LLC, | § | |
| Relator, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:11-CV-015-DF |
| | § | |
| PENTAIR, INC., and PENTAIR | § | |
| WATER POOL AND SPA, INC., | § | |
| Defendants, | § | |

## ORDER

Defendants Pentair, Inc. and Pentair Water Pool and Spa, Inc. ("Defendants") filed their

Unopposed Motion to Extend Time to File the Rule 26(f) Joint Report on April 28, 2011. The

Court, being well-advised, finds that the motion should be and is hereby GRANTED. It is

therefore

ORDERED that the parties' Rule 26(f) Joint Report will be due on May 30, 2011.


SO ORDERED


**SIGNED this 29th day of April, 2011.**



_____

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE


NY\ 50972508.1