IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **TEXAS IP RESEARCH, LLC,** §<br>*Relator*, §<br> §<br>v. §<br> §<br>**(1) PENTAIR, INC., and** §<br>**(2) PENTAIR WATER POOL AND** §<br>**SPA, INC.,** §<br>*Defendants*. §<br> § | **Civil Action No. 5:11-cv-00015**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

The following issue is before the Court: Texas IP Research, LLC's Second Unopposed Motion to Extend Time to File Responses to Motions to Dismiss and to Transfer Venue. The Court, having reviewed the motion, is of the opinion that the motion should be GRANTED. Accordingly, it is

ORDERED that the current deadline of May 11, 2011 for the Responses (and subsequent due dates for reply and surreply briefing) will be extended 30 days, which moves the due dates for the Responses to June 10, 2011.

**SIGNED this 12th day of May, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE