IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TEXAS IP RESEARCH, LLC, | ) |
|         Relator, | ) |
| | ) Case Number 5:11-cv-0015 |
| v. | ) |
| | ) Jury Trial Demanded |
| (1) PENTAIR, INC., and | ) |
| (2) PENTAIR WATER POOL AND | ) |
| SPA, INC., | ) |
|         Defendants. | ) |

## ORDER

Upon consideration of the United States of America's Motion for Extension of Time requesting thirty (30) days as the time by which to intervene in the constitutional issue pursuant to Fed. R. Civ. P. 5.1(c), and good cause having been shown therefore, it is hereby

ORDERED that the United States shall have until and including June 22, 2011, to intervene on the issue of the constitutional challenge pending in the captioned action.

**SIGNED this 23rd day of May, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE