# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| **TEXAS IP RESEARCH, LLC,** § | |
| *Relator*, § | |
| § | |
| v. § | |
| § | Civil Action No. 5:11-cv-00015 |
| **(1) PENTAIR, INC., and** § | |
| **(2) PENTAIR WATER POOL AND** § | **JURY TRIAL DEMANDED** |
| **SPA, INC.,** § | |
| *Defendants*. § | |
| § | |

# ORDER

The following issue is before the Court: Texas IP Research, LLC's Unopposed Motion to Further Extend Time to File the Rule 26(f) Joint Report ("Report"). The Court, having reviewed the motion, is of the opinion that the motion should be GRANTED. Accordingly, it is

ORDERED that the current deadline of May 31, 2011 for the Report will be extended 30 days, which moves the due date for Report to June 30, 2011.

**SIGNED this 6th day of June, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE