**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| **TEXAS IP RESEARCH, LLC,** <br>     *Relator*, <br><br> **v.** <br><br> **PENTAIR, INC., et al.,** <br>     *Defendants*. | Civil Action No. 5:11-cv-00015 <br><br><br> **JURY TRIAL DEMANDED** |

**FIRST AMENDED COMPLAINT FOR FALSE PATENT MARKING**

Relator Texas IP Research, LLC ("Relator") makes the following allegations against Pentair, Inc. and Pentair Water Pool and Spa, Inc., and any of their affiliated companies, including but not limited to subsidiaries (collectively, "Pentair" or "Defendant"):

**NATURE OF THE ACTION**

1. This is a *qui tam* action for false patent marking under 35 U.S.C. § 292.

**PARTIES**

2. Relator is a Texas limited liability company.

3. On information and belief, Pentair, Inc. is a Minnesota corporation with its principal place of business at 5500 Wayzata Boulevard, Suite 800, Golden Valley, MN 55416. Pentair, Inc. has not recorded an agent for service of process in Minnesota.

4. On information and belief, Pentair Water Pool and Spa, Inc. is a subsidiary of Pentair, Inc. and is a Delaware corporation with its principal place of business at 1620 Hawkins Avenue, Sanford, NC 27330 and/or 10951 W. Los Angeles Avenue, Moor Park, CA 93021. Pentair Water Pool and Spa, Inc. has appointed Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801, as its agent for service of process.

## JURISDICTION AND VENUE

5. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this Forum, including: (i) at least a portion of the false marking, affixing, or advertising alleged herein; and/or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and/or services provided to individuals in Texas and in this District.

7. Venue is proper in this district under 28 U.S.C. §§1391(b), 1391(c), and 1395(a). Defendant has and/or continues (and/or has and continues to cause others) to transact business in this District, and has and/or continues (and/or has and continues to cause others) to mark upon, affix to, and/or use in advertising, in this District, the product(s) subject to this First Amended Complaint, which Defendant has and/or continues (and/or has and continues to cause others) to make, use, offer for sale, or sell in, and/or import into, this District.

## FACTS

8. Pentair has and/or continues (and/or has and continues to cause others) to mark upon, affix to, and/or use in advertising the following U.S. Patent Numbers as well as their foreign counterparts, and/or the words or phrases "patent," "patented," "patent pending," "patent applied for," "covered by one or more of the following patents," or any derivation thereof, patents that have expired and/or do not apply, such as the following patent numbers (collectively, "Accused Patent Markings"), in combination with products and related packaging and/or advertisements,

including, without limitation, catalogues, websites and other marketing materials (collectively, "Accused Pentair Products"), as illustrated below:

| Accused Patent Markings | | |
| --- | --- | --- |
| PATENT NO. | PATENT NO. | PATENT NO. |
| 3267622 | 3494395 | 3786521 |
| 3269466 | 3500696 | 3786998 |
| 3292673 | 3536943 | 3802075 |
| 3303861 | 3538964 | 3804332 |
| 3314312 | 3557954 | 3814330 |
| 3334669 | 3559350 | 3816677 |
| 3339598 | 3581784 | 3821918 |
| 3345784 | 3581787 | 3827510 |
| 3348432 | 3604482 | 3849943 |
| 3356111 | 3623518 | 3858383 |
| 3393309 | 3675849 | 3863342 |
| 3396826 | 3686524 | 3867988 |
| 3404574 | 3699655 | 3874412 |
| 3405745 | 3702740 | 3877500 |
| 3407857 | 3718168 | 3884094 |
| 3413498 | 3718405 | 3886716 |
| 3430084 | 3721141 | 3917967 |
| 3454061 | 3742768 | 3942251 |
| 3454143 | 3754493 | 3949644 |
| 3456696 | 3755829 | 3958594 |
| 3457796 | 3761794 | 3959879 |
| 3461732 | 3762231 | 3967814 |
| 3461930 | 3762830 | 3971132 |
| 3481438 | 3768649 | 3988244 |
| 3491422 | 3777354 | 3989154 |
| 3494394 | 3779668 | 3999828 |

| PATENT NO. | PATENT NO. | PATENT NO. |
|---|---|---|
| 4001937 | 4430389 | 4705629 |
| 4003710 | 4433812 | 4708258 |
| 4006752 | 4436126 | 4711032 |
| 4015633 | 4437499 | 4715573 |
| 4018256 | 4440200 | 4715789 |
| 4043101 | 4450397 | 4721444 |
| 4046260 | 4452117 | 4722673 |
| 4054766 | 4473213 | 4725354 |
| 4077434 | 4477236 | 4730753 |
| 4086551 | 4483483 | 4732175 |
| 4087210 | 4496822 | 4736869 |
| 4089171 | 4518558 | 4743320 |
| 4089220 | 4520842 | 4746776 |
| 4090963 | 4530033 | 4753726 |
| 4105367 | 4537681 | 4759474 |
| 4108386 | 4543623 | 4760962 |
| 4116475 | 4546302 | 4768888 |
| 4150598 | 4548227 | 4768930 |
| 4158628 | 4561624 | 4770770 |
| 4164723 | 4586624 | 4775302 |
| 4170246 | 4594361 | 4778369 |
| 4174100 | 4594392 | 4782569 |
| 4188046 | 4600184 | 4783720 |
| 4207647 | 4603717 | 4784371 |
| 4212214 | 4614279 | 4785913 |
| 4223402 | 4616369 | 4785956 |
| 4227148 | 4618316 | 4787479 |
| 4248115 | 4619171 | 4789127 |
| 4258414 | 4624997 | 4802819 |
| 4278858 | 4625609 | 4814033 |
| 4290451 | 4626175 | 4823951 |
| 4303515 | 4628605 | 4824342 |
| 4306968 | 4629841 | 4825605 |
| 4308777 | 4637435 | 4830589 |
| 4313825 | 4638886 | 4836240 |
| 4321660 | 4642614 | 4836249 |
| 4339231 | 4644746 | 4836931 |
| 4340039 | 4645601 | 4846045 |
| 4340853 | 4653691 | 4848213 |
| 4349153 | 4654142 | 4854259 |
| 4373212 | 4655693 | 4856394 |
| 4379704 | 4657184 | 4857189 |
| 4386395 | 4668930 | 4858661 |
| 4388997 | 4669616 | 4858662 |
| 4396512 | 4675788 | 4858663 |
| 4396881 | 4681006 | 4862026 |
| 4398564 | 4694720 | 4863328 |
| 4406468 | 4694721 | 4869678 |
| 4406628 | 4705468 | 4873770 |

| PATENT NO. | PATENT NO. | PATENT NO. |
|------------|------------|------------|
| 4879943 | 5044566 | 5260545 |
| 4880144 | 5045033 | 5267658 |
| 4886242 | 5045187 | 5272609 |
| 4890982 | 5054687 | 5281101 |
| 4892431 | 5054740 | 5284997 |
| 4895998 | 5056375 | 5290443 |
| 4896016 | 5060501 | 5297004 |
| 4901200 | 5061090 | 5308386 |
| 4904382 | 5067591 | 5313370 |
| 4911840 | 5069041 | 5318703 |
| 4916270 | 5072851 | 5336850 |
| 4917421 | 5074767 | 5343777 |
| 4919176 | 5075614 | 5359955 |
| 4919338 | 5077513 | 5379795 |
| 4924354 | 5077853 | 5388903 |
| 4930309 | 5078373 | 5393548 |
| 4930982 | 5086208 | 5398167 |
| 4940877 | 5088299 | 5407263 |
| 4942274 | 5088691 | 5407323 |
| 4944534 | 5095260 | 5409606 |
| 4944887 | 5096083 | 5411661 |
| 4954054 | 5097924 | 5431204 |
| 4956086 | 5099675 | 5436406 |
| 4961269 | 5102543 | 5441337 |
| 4961712 | 5117741 | 5449280 |
| 4964433 | 5117880 | 5453027 |
| 4967303 | 5121852 | 5458467 |
| 4971368 | 5133639 | 5466315 |
| 4974332 | 5137434 | 5484079 |
| 4976192 | 5138914 | 5490463 |
| 4982509 | 5146807 | 5497852 |
| 4986128 | 5154300 | 5497852 |
| 4994132 | 5156280 | 5504656 |
| 4995523 | 5167041 | 5507617 |
| 5014372 | 5168205 | 5518679 |
| 5016693 | 5170894 | 5545952 |
| 5016825 | 5172944 | 5547528 |
| 5022831 | 5174383 | 5556497 |
| 5022837 | 5175389 | 5568878 |
| 5024585 | 5182720 | 5570481 |
| 5029814 | 5209365 | 5574334 |
| 5034853 | 5213468 | 5576513 |
| 5035281 | 5213469 | 5579700 |
| 5036428 | 5215429 | 5582042 |
| 5036677 | 5217202 | 5587888 |
| 5037009 | 5225078 | 5590687 |
| 5037317 | 5228762 | 5598594 |
| 5038893 | 5256287 | 5610367 |
| 5040563 | 5256833 | 5630632 |

| PATENT NO. | PATENT NO. | PATENT NO. |
|---|---|---|
| 5638648 | 5924602 | 6533540 |
| 5639392 | 5928512 | 6561062 |
| 5645174 | 5934091 | 6564428 |
| 5647415 | 5937981 | 6564999 |
| 5649342 | 5956784 | 6565793 |
| 5652008 | 5979521 | 6625833 |
| 5656159 | 5983417 | 6631787 |
| 5666695 | 5993983 | 6662945 |
| 5675475 | 6036290 | 6686748 |
| 5679920 | 6038953 | 6691336 |
| 5680055 | 6039364 | 6742625 |
| 5681151 | 6045334 | 6793095 |
| 5690818 | 6068358 | 6892921 |
| 5704100 | 6083037 | 6916190 |
| 5718564 | 6095776 | 6923364 |
| 5722121 | 6117332 | 6932196 |
| 5722787 | 6123274 | 6932391 |
| 5722962 | 6151212 | 6935642 |
| 5736194 | 6171423 | 6938809 |
| 5741005 | 6190598 | 6942472 |
| 5753071 | 6203302 | 6973681 |
| 5759387 | 6207893 | 6986407 |
| 5759414 | 6212958 | 7007773 |
| 5765669 | 6238025 | 7071409 |
| 5766454 | 6244055 | 7091638 |
| 5775880 | 6260519 | 7111913 |
| 5779105 | 6264122 | 7140817 |
| 5783071 | 6275634 | 7143508 |
| 5787923 | 6280619 | 7210752 |
| 5799339 | 6295980 | 7225936 |
| 5800702 | 6298553 | D234515 |
| 5807008 | 6309296 | D235544 |
| 5816290 | 6322004 | D248085 |
| 5820133 | 6356966 | D266766 |
| 5820289 | 6357478 | D267720 |
| 5826753 | 6364639 | D268762 |
| 5833849 | 6379542 | D268932 |
| 5852255 | 6408506 | D270179 |
| 5852858 | 6408637 | D270180 |
| 5862543 | 6415091 | D270367 |
| 5866001 | 6423217 | D270368 |
| 5868224 | 6431194 | D274819 |
| 5878773 | 6443335 | D274914 |
| 5879035 | 6464573 | D275292 |
| 5879550 | 6468048 | D275293 |
| 5894106 | 6472841 | D280329 |
| 5900107 | 6513412 | D287994 |
| 5902026 | 6516684 | D292713 |
| 5911562 | 6517254 | D292978 |

| PATENT NO. | PATENT NO. | PATENT NO. |
|---|---|---|
| D293446 | D326103 | D356198 |
| D293584 | D327279 | D357140 |
| D293585 | D327468 | D357737 |
| D295629 | D327891 | D357923 |
| D295823 | D332993 | D358235 |
| D297354 | D334388 | D360345 |
| D297355 | D336653 | D361226 |
| D297401 | D338475 | D361227 |
| D297560 | D341600 | D366247 |
| D299925 | D342747 | D366662 |
| D300716 | D343347 | D366747 |
| D303139 | D344081 | D369647 |
| D305057 | D345743 | D370050 |
| D305452 | D347697 | D370765 |
| D305453 | D347778 | D371300 |
| D309364 | D348272 | D371824 |
| D310375 | D348922 | D373129 |
| D311572 | D349121 | D373637 |
| D314185 | D349965 | D374386 |
| D314714 | D349966 | D374676 |
| D315281 | D350533 | D376304 |
| D317613 | D350548 | D376450 |
| D318966 | D351602 | D376977 |
| D321747 | D352090 | D377180 |
| D322444 | D352292 | D377939 |
| D322921 | D352293 | D378850 |
| D323219 | D352294 | RE30382 |
| D323833 | D352295 | RE30968 |
| D325092 | D352509 | RE34031 |
| D325785 | D352510 | RE34050 |
| D325976 | D354757 | RE35667 |
| D325977 | D354795 | |
| D326042 | D355201 | |

9. The Accused Pentair Products that Defendant has and continues (and/or has and continues to cause others) to make, use, offer for sale or sell in, and/or import into, the United States, include but are not limited to, the following products and related product components, product packaging, materials accompanying the products and product advertising, such as web-based advertising/marketing materials:

Accused Pentair Products

i.      Swimming pool, spa and acquatic equipment, including filters; control systems for pools and spas; filtration systems; pumps; pump accessories; valves; generators; heaters; landscape and water features; lights; fiber optics; lighting

technology; vacuums; scrubbers; testers; dispensers; chlorine products; automatic, robotic, pressure side, suction side and above ground cleaners; sanitizers; chlorinators; feeders; valves; jets; water effects; fittings; white goods; skimmers; flowmeters; drivers and controllers; floating chemical dispensers; poles and pole accessories; replacement parts for pool spa and acquatic equipment; skimmers; skimmer lids; thermometers; test kits; floats; float ropes; safety hooks; pool and spa signs; leaf rakes; leaf traps; maintenance kits; test reagents; intellichlor salt; chlorine/bromine feeders; fillers; starting platforms; safety vacuum release systems; deck equipment; diving towers and stands; pool rails and steps; test strip filter kits; brushes and scrubbers; poles and pole accessories; laminars and decorative accents; drains.

ii.     Flow technologies including water pumps; sewage pumps; utility pumps; centrifugal pumps; industrial pumps; wastewater pumps; effluent pumps; vortex pumps; sump pumps; water removal pumps; jet pumps; discharge pumps; sewage systems; solids handling pumps; sink pumps; drill pumps; discharge pumps; submersible pumps; waterfall/pond pumps; motors; controls; booster pumps; sprinkler pumps; pressure tanks; water tanks; composite tanks; tank accessories; pump accessories; switches; adapters; covers; sewage systems; sump systems; controls; valves; lawn and garden pumps; drill pumps; condensate removal pumps; pump service kits; hvac pumps; water well products; irrigation and crop spray equipment; home water accessories; wastewater treatment products; flood protection products; marine and specialty pumps; hoses; basins and lids; submersibles; vortex pumps; grinder pumps; self-priming pumps; rail systems; basin mixers; pump vault systems; oil detection control products; drain systems; electrical accessories; high pressure accessories; tank acessories; jet/tank systems; sink pump systems; water transfer pumps; pool pumps; residential water well products; pressure boosting products; turf irrigation products; sewage lifting stations; condensate removal products; jet packages.

iii.    Filtration products including water filters; faucet filters; inline filters; pitcher filters; backwash filters; undersink water filters; slim line cartridges; hydraulic cartridges; depth cartridges; pleated cartridges; glass microfiber cartridges; liquid cartridges; filtration cartridges; inhibitor cartridges; softening cartridges; blending cartridges; drinking water filter cartridges; granulated carbon activated cartridges; phospate crystal cartridges; spun propylene cartridges; filter cartridges; replacement cartridges; tanks; membrane media; filter bags; housings; o-rings; water filtration products systems; compressed air filtration products and systems; oil conditioning products and systems; softeners; deionization products; whole house filtration systems; whole house water filters; point of use filtration systems; reverse osmosis products and systems; undersink products and systems; valves; covers; fittings; switches; backplates; cams; controls; covers; meters; timers; ion exchange and filtration media; parts and accessories for filtration products; booster pumps; test kits; wing brackets; heads; hoses; flow meters; sanitizing kits; filter bowl sleeves; drinking water systems; water chillers; cold drink systems; tank retrofit kits; pre-filter kits;

scalesticks; scale removers; steam filtration systems; filter wraps; tank accumulators; faucets; softening systems; drinking water filter systems; heater chillers; 3-way bars; faucet kits; high flow systems; sanitizing kits; filter bowl sleeves; filter usage monitors; chloramine reduction systems; deliming systems; 302E kits; tank retro fit kits; cartridge kits; steam filtration systems; VAC systems; conditioners; bromination systems; water boost systems; aircraft filters; instant hot water dispensers; water chillers; water purification systems and products; mounting brackets; control valves; ultrafiltration products; pressure vessels; filtration media; separation technologies and related components; flood control pumps; fire and HVAC pumps and products for municipal, industrial and commercial markets, including filtration and separation products, pressure vessels and membrane bioreactors; coffee filters; coffee filter systems; surge tank kits.

iii.      Technical products including enclosures and housing for protection and thermal management of electrical and electronic systems; industrial cabinets; electronic cabinets; network cabinets; server cabinets; desktop cases for electronics; portable cases for electronics; tower cases for electronics; subracks; modules; panels; plug-in units; pcb accessories; retention parts; assembly kits; advanced TCA; micro TCA; advanced MC; compact PCI; VMEbus; backplanes for computer controlled systems; test adaptors; plates; mounting rails; separators; handles; hinge pin kits; mounting adaptors; bases; brackets and bracket kits; stands; sanitary suspension systems; air conditioners; filter fans; enclosure lights; locks; latches; door and mounting accessories; trays; shelves; lighting kits; purging/pressurization systems; busbar systems; grounding kits; caster kits; levelers; grid strips; grid straps; exhaust fans and vents; mobile bases; screw packages; cable managers; power cables; frames; racks; boxes; enclosures; modular enclosure systems; transformer cabinets; telephone cabinets; terminal boxes; covers; couplings; tubing; hazardous location systems; heat exchangers; blowers; impellers; brushless DC motor products; customized enclosure products for a variety of applications and industries; data network cabinets; thermoelectric coolers and dehumidifiers; control systems and software for thermal management.

10. Pentair has, and routinely retains, sophisticated legal counsel.

11. Pentair has decades of experience applying for, obtaining, licensing, and/or litigating patents.

12. Pentair knows, and at the very least reasonably should know, that the Accused Patent Markings do not cover the Accused Pentair Products, or any products whatsoever.

13. As a result of its false marking, Pentair has injured the United States Government, including its sovereign interest, and Defendant's existent and potential competitors, as well as

the general public, including Relator—a member of the general public incurring the time and expense associated with enforcement.

## CLAIM

14. Relator incorporates paragraphs 1–12, as if fully set forth herein. Pentair has violated 35 U.S.C. § 292 by falsely marking, affixing, and/or advertising the Accused Patent Markings on or in connection with products, such as the Accused Pentair Products, with intent to deceive the public.

## PRAYER FOR RELIEF

WHEREFORE, Relator respectfully requests that this Court enter:

(a).    A judgment in favor of Relator that Defendant has falsely marked items in violation of 35 U.S.C. § 292;

(b).    A monetary award pursuant to 35 U.S.C. § 292 in the form of a civil fine of $500 per falsely marked article, or an alternative amount, as set by the Court, one-half of any such award to be paid to the United States;

(c).    An accounting for any falsely marked articles not presented at trial and a monetary award set by the Court for such falsely marked articles;

(d).    An award of pre-judgment and post-judgment interests on any monetary award;

(e).    An injunction prohibiting Defendant, and its officers, directors, agents, servants, employees, attorneys, licensees, successors, and assigns, and those in active concert or participation with any of them, from violating 35 U.S.C. §292; and

(f).    Any and all other relief, at law or equity, to which Relator may show itself to be entitled.

## DEMAND FOR JURY TRIAL

Relator, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: June 13, 2011                                    Respectfully submitted,

                                                       By: /s/ Hao Ni


                                                       Hao Ni – LEAD COUNSEL
                                                       State Bar No. 24047205
                                                       Ni Law Firm PLLC
                                                       3102 Maple Avenue, Suite 400
                                                       Dallas, TX 75201
                                                       (214) 800-2208
                                                       hni@nilawfirm.com

                                                       Tyler K. Brochstein
                                                       State Bar No. 24059490
                                                       Brochstein Law Firm, PLLC
                                                       2820 McKinnon Street, Suite 4063
                                                       Dallas, TX 75201
                                                       (214) 444-3310
                                                       tyler@brochlaw.com

                                                       Jack L. Siegel
                                                       State Bar No. 24070621
                                                       Jack L. Siegel PLLC
                                                       3530 Travis Street, Suite 421
                                                       Dallas, TX 75204
                                                       (214) 699-1498
                                                       jack@jlsiegellaw.com

                                                       **Attorneys for Relator**
                                                       **TEXAS IP RESEARCH, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date.

Dated: June 13, 2011                    /s/ Hao Ni
                                        Hao Ni

NY\50991003.2